No. 14.14.00848-CR

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

Ashley Tran

v.

The State of Texas

From Appeal No. PD-0764-15
Trial Cause No. 1410050
Harris County

First, Motion for Extension of Time to file
Petition for Discretionary Review

To the Honorable Judge of the Court of Criminal
Appeals:
Comes now, Ashley Tran, Petitioner and files this
Motion for an extension of Sixty (60) days in
which to file a Petition for Discretionary Review.
In Support of this Motion, Appellant shows
the Court the following:

I.

The Petitioner was Convicted in the 183rd District
Court of Harris County, Texas of the offense of
Intoxication Manslaughter in Case No. 14.14.00848-CR

styled State of Texas vs. Ashley Tyan. The Petitioner Appealed to the Court of Appeals Fourteenth Supreme Judicial District The cause was affirmed on May, 19.2015

## II.

The present deadline for filing the Petition for Discretionary Review is August -17.2015 The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his cause until July.2015

Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal _None_, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grants this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 14.14.00868-CR to Fourteenth Court of Appeals.

x Ashley Tran
Petitioner Pro Se
Texas Department of Criminal Justice
Plane State Jail Unit 404 fm 686
TDCJ-ID # 1960706
Dayton, Texas 77535

## Certificate of Service

I certify that a true and correct copy of the above and foregoing first Motion for Extensions of Time to file a Petition for Discretionary Review, has been forward by U.S. Mail postage prepared, first class, to the Attorney for State, _____ at _____ and to the State Prosecuting Attorney P.O. Box 12405 Austin Texas 78711 on this day of 12th day of August, 20 15 _____

x Ashley Tran
Petitioner Pro Se

I Ashley Tran, TDCJ# 1960706, being presently incarcerated in the Plane State Jail unit of the Texas Department of Criminal Justice in Liberty County, Texas verify and declare under penalty of Pre Jury that the foregoing statements are true and correct,

Executed on this the ____12th____ day of
August _____, 20 15 _____.

X Ashley Tram
904 fm 686 Dalne Stat Jail TDCJ# 1960706